An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFAEL DELTORRO MORALES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63059

**FILED**

MAY 15 2013


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court ruling denying petitioner's motion to dismiss based on an alleged violation of *Brady v. Maryland*, 373 U.S. 83 (1963) and spoliation of evidence. We have considered the petition and the documents submitted, and we are not satisfied that this court's intervention by way of extraordinary writ is warranted because petitioner has an adequate remedy at law in this instance to challenge the district court's discovery and evidentiary rulings by way of an appeal should he be convicted. *See* NRS 34.170; NRS 34.330; *Williams v. Eighth Judicial Dist. Court*, 127 Nev. ___, ___, 262 P.3d 360, 365 (2011) (observing that "generally this court will not consider writ petitions challenging evidentiary rulings, as those rulings are discretionary" and defendant may appeal if convicted); *Hetter v. Eighth Judicial Dist. Court*, 110 Nev. 513, 515, 874 P.2d 762, 763 (1994) (recognizing that absent limited exceptions,

SUPREME COURT
OF
NEVADA

(O) 1947A

13- 14342

"extraordinary writs are not available to review discovery orders"). Accordingly, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                        Saitta


cc:   Hon. Elizabeth Goff Gonzalez, District Judge
      Louis C. Schneider, LLC
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk